

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00751-CR

Francisco Xavier **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR5271
Honorable Mary D. Roman, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment relating to the conviction for the offense of continuous sexual abuse of a child is AFFIRMED in its entirety; however, the trial court's judgment relating to the conviction for the offense of indecency with a child is ordered modified to reflect a sentence of twelve years' confinement and is AFFIRMED AS MODIFIED.

SIGNED December 12, 2018.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Catherin Torres-Stahl is the presiding judge of the 175th Judicial District Court, Bexar County, Texas. However, the Honorable Mary D. Roman, retired and sitting by assignment, signed the judgment that is the subject of this appeal.